UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COSTELLO DISMANTLING CO., INC. | : | |
| vs. | : | C.A. No. 03-320T |
| SHIRE CORPORATION and UNITED STATES FIDELITY & GUARANTY COMPANY | : | |

**JUDGMENT STIPULATION**

This matter came on for hearing before the Court on June 1, 2005 and after hearing thereon, and agreement by counsel, the following judgment is entered:

1. Shire Corporation will pay Costello Dismantling the sum of $75,000. A check in the amount of $25,000 made payable to Higgins, Cavanagh & Cooney, LLP as escrow agent for Costello, was delivered on May 31, 2005. A check for $25,000 payable to Costello Dismantling, Co. Inc. shall be delivered to Costello on or before June 6, 2005 at 4:00 p.m.. A final check in the amount of $25,000 shall be made payable to Costello Dismantling Co., Inc. and shall be delivered to Costello on or before June 13, 2005 at 4:00 p.m.

2. If any of the foregoing payments are not received on the dates and at the times referred to above, a penalty of $5,000 shall be added to each such late payment.

3. USF&G shall guaranty all payments required to be paid by Shire Corporation hereunder including any $5,000 penalty. However, in the event that Shire Corporation does not make the final payment on June 13, 2005 by 4:00 p.m., USF&G will not be required to

pay the penalty associated with the late payment as long as it makes the final payment on or before June 23, 2005. In the event that USF&G fails to make the final $25,000 payment on or before June 23, 2005, USF&G will pay an additional $5,000 as a penalty to be added to the final payment.

4. The Complaint and Counterclaim are dismissed with prejudice no interests, costs of attorneys fees and a mutual release in favor of Shire, Costello Dismantling Co., Inc. and USF&G will be executed.

Joseph-Anthony DiMaio #3910
McKinnon & Harwood
Attorney for Shire Corporation
1168 Newport Avenue
Pawtucket, RI 02861
(401) 723-9655

John T. Walsh, Jr., #0483
Lawrence P. McCarthy, #2860
Attorney for Costello Dismantling Co., Inc.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

CharCretia V. DiBartolo #5862
Cetrulo & Capone, LLP
Attorney for U.S. Fidelity & Guaranty
321 South Main Street
Providence, RI 02903
(401) 274-7850

~~and~~

Jonathan Braverman, Esq. (pro hac vice)
Baker, Braverman & Barbadoro, P.C.
80 Braintree Hill Office Park
Braintree, MA 02815
(781) 848-9610

Enter USMJ
6-1-05

CERTIFICATION

I hereby certify that a copy of the within document was ~~mailed to~~ the above counsel of record on this 1 day of June

______________________