# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CA 03-320M** **DATE: June 1, 2005**

**TITLE: COSTELLO DISMANTLING v. SHIRE CORPORATION, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: John Walsh**

**Defendant: Joseph DiMaio**
**U.S. Fidelity: CharCreita DiBartolo**

****************************************************************************

**Proceedings: Bench Trial**

**All counsel of record present. Stipulation of Dismissal presented to the Court. Court enters dismissal stipulation.**